**No. 69749.**—Elmay Importing Co. et al. *v.* United States, protests 61/14887, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of pole ends similar in all material respects to those the subject of *J. C. De Jong & Co., Inc.* v. *United States* (52 CCPA 26, C.A.D. 852), the claim of the plaintiffs was sustained.

JANUARY 17, 1966

**No. 69750.**—Westinghouse Electric Corporation *v.* United States, protests 291279–K and 293618–K.— Motion of Goverment for rehearing denied.

BEFORE THE FIRST DIVISION, JANUARY 24, 1966

**No. 69751.**—Railway Supply & Mfg. Co. et al. *v.* United States, protests 64/16609, etc. (Cleveland).

Opinion by OLIVER, J. In accordance with stipulation of counsel that the merchandise consists of electric motors similar in all material respects to those the subject of Abstract 66961, the claim of the plaintiffs was sustained.